# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE SAMPSON,<br><br>         Plaintiff,<br><br>  v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>         Defendants. | 3:23-cv-00142-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 24 |

Before the court is Defendants' Motion for Extension of Time to File Dispositive Motion. (ECF No. 24.)

**IT IS HEREBY ORDERED** that Defendants' Motion for Extension of Time to File Dispositive Motion (ECF No. 24) is <u>**GRANTED**</u> to the extent that the Court establishes new deadlines relative to the Scheduling Order as follows:

Deadline to File Dispositive Motions         **October 10, 2025**
Deadline to File Joint Pretrial Order:       **November 10, 2025**
If a dispositive motion is filed, the Joint Pretrial Order shall be due
**thirty (30) days** after a decision on the dispositive motion.

DATED: September 4, 2025.

_____
Craig S. Denney
United States Magistrate Judge

1