**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WILLIE SAMPSON,

    Plaintiff

v.

WILLIAM GITTERE, et al.,

    Defendants

Case No.: 3:23-cv-00142-MMD-CSD

**Order**

Defendants filed their motion for summary judgment on October 30, 2025. (ECF No. 31.) Plaintiff's response was due November 21, 2025. To date Plaintiff has not filed a response.

Plaintiff has up to and including **December 12, 2025**, to file his response to Defendants' motion for summary judgment. If he fails to do so, the court will proceed with issuing a report and recommendation on Defendants' motion.

**IT IS SO ORDERED**.

Dated: December 2, 2025

_____
Craig S. Denney
United States Magistrate Judge